UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

LAWRENCE MARTIN EDWARDS,           )
                                   )
            Plaintiff,             )
                                   )
      v.                           )   No. 1:06CV01 FRB
                                   )
CHUCK DWYER, et al.,               )
                                   )
            Defendants.            )

**ORDER**

      This cause is before the Court on plaintiff's various motions for injunctive relief. All matters are pending before the undersigned United States Magistrate Judge, with consent of the parties, pursuant to 28 U.S.C. § 636(c).

      In his "Motion of Injunction" (Docket No. 37), plaintiff complains that he remains in administrative segregation (ad. seg.) at South Central Correctional Center (SCCC) after having completed his ten-day sanction and is being denied access to various amenities, such as recreation and use of the telephone, on account thereof. Plaintiff requests the Court to investigate his continued confinement in ad. seg. and further requests that he be transferred to a different facility for his safety. In his "Writ to Order" (Docket No. 56), plaintiff requests that he be transferred from his current confinement to another jail facility until such time as certain discovery in this cause is completed. Subsequent to these requests, plaintiff was transferred from SCCC to the Eastern

Reception and Diagnostic Correctional Center (ERDCC) and remains so confined at ERDCC.  Therefore, plaintiff's requests for injunctive relief which relate to his confinement at SCCC are now moot.  <u>Smith v. Hundley</u>, 190 F.3d 852, 855 (8th Cir. 1999); <u>Martin v. Sargent</u>, 780 F.2d 1334, 1337 (8th Cir. 1985).  To the extent plaintiff seeks injunctive relief in his "Order to Cause for an Injunction" (Docket No. 59), a review of plaintiff's request shows it to be unrelated to the instant litigation.  The request should therefore be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Motion of Injunction" (Docket No. 37) and "Writ to Order" (Docket No. 56) are denied as moot.

**IT IS FURTHER ORDERED** that plaintiff's "Order to Cause for an Injunction" (Docket No. 59) is denied.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this  *20th*  day of February, 2007.