UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LAWRENCE MARTIN EDWARDS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:06CV01 FRB |
| | ) |
| CHUCK DWYER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This cause is before the Court, sua sponte, upon review of the file.

Plaintiff's First Amended Complaint, filed in this cause on February 20, 2007, named additional defendants against whom the Clerk of Court was ordered to issue process or cause process to issue. (See Memo. & Order/Doc. #82.) A review of the file shows defendants C. Dowdy, Dan Martinez and Investigator Jules,[1] as well as defendant Missouri Department of Corrections, to have waived service of process and to have entered an appearance in the cause. Service of process was not waived on behalf of defendants Tamara Cobbs and Laura Vance and, to date, these defendants remain unserved. On April 30, 2007, in response to a request by the Clerk, plaintiff provided the address at which defendants Cobbs and Vance may be served. (See Doc. #116.)

Accordingly,

**IT IS HEREBY ORDERED** that, **forthwith**, the Clerk of Court shall cause summons to be prepared and delivered to the United States Marshal so that service may be effected upon defendants Tamara Cobbs and Laura Vance in accordance with Fed. R. Civ. P. 4.

---

[1] The Office of the Missouri Attorney General, who represents these defendants, identifies "C. Dowdy" as Cheryl Dowdy and "Investigator Jules" as Steve Julian.

**IT IS FURTHER ORDERED** that, in accordance with Fed. R. Civ. P. 4(m), service of process shall be effected upon defendants Tamara Cobbs and Laura Vance not later than **June 20, 2007**, that is, 120 days after the filing of plaintiff's First Amended Complaint. In the absence of good cause shown, failure to effect timely service shall result in the dismissal without prejudice of plaintiff's claims against any unserved defendant.

_____
FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE

Dated this *2nd* day of May, 2007.