UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LAWRENCE MARTIN EDWARDS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06CV01 FRB |
| ) | |
| CHUCK DWYER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This cause is before the Court, sua sponte, upon review of the file.

Plaintiff's First Amended Complaint, filed in this cause on February 20, 2007, named additional defendants against whom the Clerk of Court was ordered to issue process or cause process to issue. (See Memo. & Order/Doc. #82.) A review of the file shows defendants C. Dowdy, Dan Martinez and Investigator Jules,[1] as well as defendant Missouri Department of Corrections, to have waived service of process and to have entered an appearance in the cause. Service of process was not waived on behalf of defendants Tamara Cobbs and Laura Vance, former Department of Corrections employees. On June 29, 2007, in response to this Court's Order of June 26, 2007, counsel for the Department of Corrections defendants provided to the Court, *in camera* and under seal, the last address known to the Department of Corrections for defendant Cobbs and for defendant Vance. Thereafter, on July 5, 2007, the Clerk of Court delivered summons and complaint to the United States Marshal for service of process upon these defendants. To date, no return of service of summons has been filed with the Court reflecting either service of process or any attempt at service.

---

[1]The Office of the Missouri Attorney General, who represents these defendants, identifies "C. Dowdy" as Cheryl Dowdy and "Investigator Jules" as Steve Julian.

Accordingly,

**IT IS HEREBY ORDERED** that not later than **Friday, August 31, 2007**, the United States Marshal shall deliver to the Clerk of Court for filing, under seal, the completed Process Receipt and Return as to each defendant Tamara Cobbs and Laura Vance, with such Process Receipt and Return to reflect either service of process upon the defendant(s) or attempted but unsuccessful service, and the date(s) of such service and/or attempted service.

FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE

Dated this *21st* day of August, 2007.