**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| LAWRENCE MARTIN EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-CV-1 CAS |
| ) | |
| CHUCK DWYER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the Court file following reassignment to the undersigned, the Court notes there has been no activity in this action on behalf of defendants Tamara Cobbs and Laura Vance since (1) the filing of the return of proof of service on defendant Cobbs on August 22, 2007, which states that defendant was personally served on August 8, 2007, and (2) the filing of the return of proof of service on defendant Vance on September 24, 2007, which states that defendant was served on August 13, 2007, by certified mail, return receipt requested.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, by **October 25, 2007**, file a motion for entry of default by the Clerk of the Court under Federal Rule of Civil Procedure 55(a) with respect to defendants Cobbs and Vance.

**IT IS FURTHER ORDERED** that plaintiff's motion for partial summary judgment against defendants Cobbs and Vance is **DENIED as moot**, without prejudice. [Doc. 128]

**Failure to comply timely and fully with this order may result in dismissal of the claims against defendants Cobbs and Vance without prejudice.**

　　　　　　　　　　　　　　　　　　／s／ Charles A. Shaw
　　　　　　　　　　　　　　　　　　**CHARLES A. SHAW**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated this  2nd  day of October, 2007.