**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| LAWRENCE MARTIN EDWARDS,       )<br>                                                         )<br>            Plaintiff,                       )<br>                                                         )<br>     v.                                               )<br>                                                         )<br> CHUCK DWYER, et al.,                )<br>                                                         )<br>            Defendants.                  ) | No. 1:06-CV-1 CAS |

**MEMORANDUM AND ORDER**

This closed prisoner civil rights case is before the Court on pro se plaintiff Lawrence Edwards' motion for writ of sequestration to be served on judgment debtor Tamara Cobbs, under the name of "Tamoshanter Nichols-Cobb" at her home address in Olive Branch, Mississippi.

The motion will be denied for two reasons. First, plaintiff has previously been advised that he can only obtain a writ of sequestration against the paying, disbursing or auditing officer of the State of Missouri or other political subdivision of the state, charged with the duty of payment or audit of salary, wages, fees or earnings of the employee. See § 535.310, Mo. Rev. Stat. (2000); Order of August 23, 2010 (Doc. 295). Plaintiff's motion for writ of sequestration is not directed to such an officer, and he does not allege that the judgment debtor is a state employee.

Second, plaintiff cannot use this Court's post-judgment procedures or the services of the United States Marshal Service in the Eastern District of Missouri to collect his judgment in any State other than Missouri. To collect the judgment he obtained in this Court from an individual who lives in Mississippi, plaintiff must register a certified copy of the judgment by filing a Miscellaneous Case

in the federal court in Mississippi in the district where the judgment debtor lives.[1]  Pursuant to 28 U.S.C. § 1963, a judgment registered in this way "shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner."  28 U.S.C. § 1963.

Plaintiff should not file any future motions, writs, requests for subpoenas, or other proceedings in this Court to collect his judgment from the judgment debtor in Mississippi or in any State other than Missouri.

Plaintiff is advised that the fee for obtaining a certified copy of his judgment is Eleven Dollars ($11.00), but that he will be permitted one free copy of the certified judgment.  Plaintiff may request a certified copy of the judgment by sending a letter to the Clerk of the Court in Cape Girardeau.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion for Writ of Sequestration is **DENIED**. [Doc. 337]

**IT IS FURTHER ORDERED** that plaintiff is permitted to obtain one free certified copy of the judgment in this case, to be requested by sending a letter to the Clerk of the Court in Cape Girardeau.

                                                                     */s/ Charles A. Shaw*
                                                  **CHARLES A. SHAW**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated this   21st   day of May, 2012.

---

[1] The Court notes that Olive Branch, Mississippi is located within the jurisdiction of the United States District Court for the Northern District of Mississippi.