UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE MARTIN EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:06-CV-1 CAS |
| | ) | |
| CHUCK DWYER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This closed prisoner civil rights matter is before the Court on review of the Missouri Department of Corrections' Response to the Court's Order of January 26, 2017. The Court notes that the MDOC did not comply with the Order's directions as to filing its Response. See Order at 9-10.

Accordingly,

**IT IS HEREBY ORDERED** that the Missouri Department of Corrections shall promptly file in this case the Affidavit of Matthew Briesacher and the Exhibit thereto, with the addresses listed therein redacted, and shall provide a copy to plaintiff at his address of record.

                                                                                                       
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  24th  day of February, 2017.