UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LAWRENCE MARTIN EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-CV-1 CAS |
| ) | |
| CHUCK DWYER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This closed prisoner civil rights matter is before the Court on review of the Missouri Department of Corrections' Response to the Court's Order of March 23, 2017 (Doc. 350). The MDOC did not comply with the Order's instructions as to filing the response. See Order of Mar. 23, 2017 at 6-7. The MDOC made the same type of filing error when it responded to the Court's Order of January 26, 2017. See Order of Feb. 24, 2017 (Doc. 347). The MDOC shall take care to comply with Court filing instructions in the future.

Accordingly,

**IT IS HEREBY ORDERED** that the Missouri Department of Corrections shall promptly file in this case the Affidavit of Deborah Bell Yates and all exhibits thereto, including the Affidavits of Jay Boresi and Matthew Briesacher, with all addresses and personal data identifiers redacted, and shall provide a copy to plaintiff at his address of record.

**IT IS FURTHER ORDERED** that plaintiff shall file any response to the Missouri Department of Corrections' filing by **May 30, 2017**.

　　　　　　　　　　　　　　　　　　　　／s／ Charles A. Shaw
　　　　　　　　　　　　　　　　　　　　**CHARLES A. SHAW**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated this  25th  day of April, 2017.